DOC NO
REC'D/FILED
2020 OCT 21 PM 5: 15
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

TARA BLUM,

Defendant.

SEALED INDICTMENT

Case No. 20 CR 128 WMC
18 USC § 841(a)(1)

THE GRAND JURY CHARGES:

COUNT 1

On or about July 22, 2020, in the Western District of Wisconsin, the defendant,

TARA BLUM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

COUNT 2

On or about July 23 2020, in the Western District of Wisconsin, the defendant,

TARA BLUM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

COUNT 3

On or about August 5, 2020, in the Western District of Wisconsin, the defendant,

TARA BLUM,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

COUNT 4

On or about August 18, 2020, in the Western District of Wisconsin, the defendant,

TARA BLUM,

knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

COUNT 5

On or about September 9, 2020, in the Western District of Wisconsin, in her vehicle, the defendant,

TARA BLUM,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

COUNT 6

On or about September 9, 2020, in the Western District of Wisconsin, at her residence, the defendant,

TARA BLUM,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 10/21/2020

SCOTT C. BLADER
United States Attorney