PROB12C (11/25)

# UNITED STATES DISTRICT COURT
FOR THE
# WESTERN DISTRICT OF WISCONSIN
## SUPPLEMENTAL INFORMATION TO BE CONSIDERED

**Person Under Supervision:** Tara Blum
McFarland, Wisconsin

**Case Number:** 20-cr-128-wmc-1

**Name of Sentencing Judicial Officer:** Honorable William M. Conley

**Date of Original Sentence:** November 16, 2021

**Offense:** Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(A)(viii), a Class A felony

**Original Sentence:** 84 months' imprisonment, to be followed by a 5-year term of supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** July 8, 2025

**Assistant U.S. Attorney:** Steven Anderson

**Defense Attorney:** Murali Jasti

---

## COURT HISTORY

On June 26, 2026, a *Petition for Warrant filed as a Detainer* (Dkt. 64), was filed notifying Your Honor of Ms. Blum's arrest on June 25, 2026, for new alleged criminal conduct involving physical abuse of a child and disorderly conduct. She was charged in Dane County, Wisconsin, Circuit Court Case No. 26CF1368, for child abuse-intentionally cause harm, disorderly conduct, and unlawful phone use-threatens harm. Your Honor ordered the issuance of a summons. The judicial review hearing is currently scheduled for October 29, 2026. On September 15, 2026, the pending charges in Dane County Circuit Court were dismissed on the prosecutor's motion.

## PETITIONING THE COURT

☒ To cancel the judicial review hearing.

**Adjustment to Supervision:** On June 26, 2026, Ms. Blum was released from custody after she posted the required cash bond in the Dane County Circuit Court Case No. 26CF1368. She returned to her previously approved residence and resumed working regularly. On September 15, 2026, the pending charges in Dane County Circuit Court were dismissed on the prosecutor's motion. The government does not wish to pursue this alleged law violation at this time.

Ms. Blum's minor children are currently in the custody of their paternal grandparents (guardians). According to the Dane County Department of Human Services, the current guardianship order for her children indicates any contact between Ms. Blum and her children is determined by the guardians, based on best interest of the children.

**Probation Officer's Recommendation:** It is respectfully recommended that the judicial review hearing scheduled for October 29, 2026, be canceled.

Assistant U.S. Attorney Steven Anderson has been notified of this filling and the probation office's recommendation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2026

/s/

Yang D. Moua
U.S. Probation Officer

**THE COURT ORDERS:**

☒ Cancel the judicial review hearing scheduled for October 29, 2026.
☐ Other:

Honorable William M. Conley
U.S. District Judge

*October 20, 2026*
Date